UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

LOCAL 191 I.B.E.W. HEALTH &
WELFARE TRUST FUNDS, et al.,

    Plaintiffs,

v.

E-Z ELECTRIC, INC.,

    Defendants,

U.S. BANK,

    Garnishee Defendant.

NO. MC05-5014

MOTION AND ORDER QUASHING WRIT OF GARNISHMENT

    Plaintiffs move the Court for an Order Quashing the Writ of Garnishment entered herein on June 7, 2005, requiring U. S. Bank of Washington, garnishee defendant, to answer the Writ.

    An executed copy of the Writ of Garnishment; original plus three copies of Answer to Writ of Garnishment; three self-addressed, stamped envelopes; and $20.00 check were mailed, by certified mail, to U. S. Bank of Washington, garnishee defendant, on June 8, 2005.  An executed copy of the Writ of Garnishment and a

M/O QUASHING WRIT
OF GARNISHMENT - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 gf160101 6/29/05



copy of the Judgment were mailed, by certified mail, to E-Z Electric, Inc., on June 9, 2005.

Dated: 6/24/05

          *s/ Mark E. Smith*
          Mark E. Smith, WSBA #30924
          SMITH MCKENZIE ROTHWELL
            & BARLOW, P.S.
          Attorneys for Plaintiffs

## ORDER

Pursuant to plaintiffs' motion, it is hereby

ORDERED that the Writ of Garnishment entered on June 7, 2005 ordering U.S. Bank, garnishee defendant, to answer the Writ, be and hereby is quashed.

DATED this 29th day of June 2005.

          *[signature]*
          FRANKLIN D. BURGESS
          UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Mark E. Smith*
Mark E. Smith, WSBA #30924
SMITH MCKENZIE ROTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

M/O QUASHING WRIT
OF GARNISHMENT - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 gf160101 6/29/05


